194 U.S. 631, 24 S.Ct. 856

**LENA S. WALTON et al., Petitioners, v. WILD GOOSE MINING & TRADING COMPANY.**

No. 574.

Supreme Court of the United States.

April 11, 1904.

Messrs. J. W. Hughes, D. W. Burchard, and John M. Thurston, for petitioners.

Messrs. Chas. Page, E. J. McCutchen, and A. B. Browne, for respondent.

Denied.